United States District Court
Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE DANIEL B. YOON and JEENEE S. YOON, | Case No.  25-cv-04076-MMC |
| Debtors | |
| _____ | **ORDER DIRECTING PARTIES TO SUBMIT CHAMBERS COPIES OF APPELLATE BRIEFS AND DOCUMENTS CITED THEREIN** |
| DAN YOON, | |
| Plaintiff/Appellee | |
| v. | |
| K.S. AVIATION, INC., et al., | |
| Defendants/Appellants. | |

A briefing schedule with respect to the above-titled bankruptcy appeal having been set (see Doc. No. 3), the parties are hereby DIRECTED to submit, along with a chambers copy of each appellate brief, a chambers copy of each document filed in the Bankruptcy Court that is cited in such brief.

**IT IS SO ORDERED.**

Dated: June 27, 2025

MAXINE M. CHESNEY
United States District Judge