Christopher Rillo (SBN 112009)
christopher.rillo@bakerbotts.com
Julia S. Wu (SBN 322736)
julia.wu@bakerbotts.com
**BAKER BOTTS LLP**
101 California Street, Suite 3200
San Francisco, California 94111
Telephone: (415) 291-6200
Facsimile: (415) 291-6300

*Counsel for Defendant-Appellants/Cross-Appellees KS Aviation, Inc., Xing Kong Aviation Service, LLC, John Yoon, and Xin Han Aviation, LLC*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In Re<br><br>　　DANIEL B. YOON,<br>　　JEENEE S. YOON<br><br>Debtor<br><br>---<br><br>DAN YOON,<br>　　　　Plaintiff,<br>v.<br>K.S. AVIATION, INC.,<br>　　　　Defendant. | Appeal No. 25-cv-04076-MMC<br><br>Bankruptcy Case No. 19-42763<br>Adversary Proc. No. 20-4021<br><br>**REQUEST FOR JUDICIAL NOTICE**<br><br>The Hon. Maxine M. Chesney |

Defendant-Appellants/Cross-Appellees John YK Yoon ("John"), KS Aviation, Inc. ("KSA"), Xing Kong Aviation Service, LLC ("Xing Kong"), and Xin Han Aviation LLC ("Xin Han") (collectively, "Appellants") request that this Court take judicial notice the Order Denying Motion to Amend Judgment ("State Court Order"), entered in the Superior Court for the County of Merced in *Cyril Lawrence v. K.S. Aviation, Inc.*, Case No. 17-CV-00577, on July 13, 2020, by the Honorable Ronald W. Hansen, attached hereto as Exhibit 1. Because the authenticity of the State Court Order is not subject to reasonable dispute, judicial notice is proper under applicable law and may be properly considered as part of Appellants' concurrently filed Opening Brief ("Appeal Brief").

I.  **ARGUMENT**

Federal courts may take judicial notice of a fact that is "not subject to reasonable dispute because it […] can be accurately and readily determined from sources whose accuracy cannot reasonably be questioned." Fed. R. Evid. 201(b). The Ninth Circuit held that courts "may take notice of proceedings in other courts, both within and without the federal judicial system, if those proceedings have a direct relation to matters at issue." *United States ex rel. Robinson Rancheria Citizens Council v. Borneo, Inc.*, 971 F2d 244, 248 (9th Cir. 1992) (internal citations and quotes omitted); *see also Herrera v. City of Palmdale*, 918 F.3d 1037, 1042 (9th Cir. 2019) (granting requests to judicially notice several state court filings). When taking judicial notice of court proceedings, courts may examine the filings to "determine what issues were actually litigated" in such filings. *Reyn's Pasta Bella, LLC v. Visa USA, Inc.*, 442 F.3d 741, 746 (9th Cir. 2006). California district courts hearing bankruptcy appeals have followed suit in taking judicial notice of court proceedings. *See, e.g., In re Heartwise, Inc.*, 648 B.R. 715, 720 (C.D. Cal. 2022), *dismissed sub nom. In re HeartWise, Inc.*, No. 23-55002, 2023 WL 9104741 (9th Cir. July 12, 2023) (granting a request to take judicial notice of court filings).

Exhibit 1 is a true and correct copy of the State Court Order and is publicly available on the Merced County Superior Court's docket. Relevant to the Appeal Brief, there is no dispute as to which issues were actually litigated. *See Reyn's Pasta Bella*, 442 F.3d at 746. The State Court Order denies a motion to amend a judgment against KSA. *See* State Court Or. at 1–3. The motion sought to add Xing Kong as a judgment debtor under a theory of alter ego liability. *Id.* This proceeding has a "direct relation to matters at issue" in the present appeal, which also concerns Xing Kong's alter ego liability. *See Borneo*, 971 F2d at 248.

## II.   CONCLUSION

For the foregoing reasons, Appellants respectfully request that this Court take judicial notice of the State Court Order, attached hereto as Exhibit 1.

Date: July 25, 2025                    Respectfully submitted,

  */s/ Christopher J. Rillo*
Christopher J. Rillo (SBN 112009)
christopher.rillo@bakerbotts.com
Julia S. Wu (SBN 322736)
julia.wu@bakerbotts.com
**Baker Botts LLP**
101 California Street, Suite 3200
San Francisco, California 94111
Telephone: (415) 291-6200
Facsimile: (415) 291-6300

*Counsel for Defendant-Appellants/Cross-Appellees KS Aviation, Inc., Xing Kong Aviation Service, LLC, John Yoon, and Xin Han Aviation LLC*

**CERTIFICATE OF COMPLIANCE**

I certify that this brief contains 465 words, excluding the items exempted from Fed. R. Bankr. P. 8015(g).  The brief complies with the type size and typeface requirements of Fed. R. Bankr. P. 8015(a)(5) and the type style requirements of Fed. R. Bankr. P. 8015 (a)(6) because this brief has been prepared using Times New Roman 14-point font, a proportionately spaced typeface.

I further certify that this brief complies with the type-volume limitation of Fed. R. Bankr. P. 8015(a)(7).

Dated this 25th day of July, 2025.

/s/ Christopher J. Rillo
Christopher J. Rillo